**IT IS ORDERED as set forth below:**



**Date: October 24, 2012**

_____
                **Paul W. Bonapfel**
           **U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 12-67372-PWB |
| BRYAN H. FLINT, | : | |
|     Debtor(s) / Movant(s), | : | IN PROCEEDINGS UNDER CHAPTER 7 OF THE |
| v. | : | BANKRUPTCY CODE |
| CREEKSIDE BANK, | : | |
|     Respondent. | : | |

### O R D E R

    Before the court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 25). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. See BLR 6008-2, N.D. Ga.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Debtor(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

    The clerk is directed to serve a copy of this Order upon Debtor(s), Respondent, and their respective counsel.

### END OF DOCUMENT